UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:16 CV 618 CDP |
| KENDALL ROBINSON and AUDREY GLENN, | ) ) ) ) | |
| Defendants. | ) | |

# MEMORANDUM AND ORDER

This is an interpleader action to determine entitlement to the proceeds of an ERISA-regulated life insurance policy issued to Armetha E. Robinson, Jr. Although both defendants to this action have been served, only defendant Audrey Glenn has filed an answer.

After filing this action, plaintiff Minnesota Life deposited the sum of $41,195.89 into the registry of the Court. After a status hearing, I entered an order paying plaintiff $4211.50 from the funds as attorneys' fees and costs and discharging it from the case. I then directed counsel for Audrey Glenn to file a motion indicating the nature and extent of her claim to the remaining proceeds. Glenn filed a motion for summary judgment asking that the remaining proceeds be split between her and defendant Kendall Robinson. Glenn provided a statement of

uncontroverted facts supported by documentary evidence of the life insurance policy and its beneficiary designations. The documents submitted by Glenn indicate that Kendall Robinson and Glenn were designated by Armetha Robinson as equal beneficiaries to the life insurance proceeds. Defendant Robinson has not filed an opposition to Glenn's motion and the time to do so has passed. Therefore, I am adopting the undisputed facts set out by Glenn, and granting her motion for summary judgment to the extent that it asks for each defendant to receive 50% of the funds currently held in the Court registry.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Audrey Glenn's motion for summary judgment is **GRANTED** as set forth above.

**IT IS FURTHER ORDERED** that the Clerk of Court shall disburse the remaining funds referenced above as follows:

One hundred percent (100%) of all interest earned, less administrative fees, shall be paid to Audrey Glenn, but the total disbursement shall be split evenly between Glenn and Kendall Robinson. Checks shall be made payable as follows:

A. Audrey Glenn's check shall be made payable to "Audrey Glenn and Roskin &Hoffman, LLC" and mailed to Roskin & Hoffman, LLC, 222 S. Central Avenue, Ste. 1005, St. Louis, MO 63105.

B.   Kendall Robinson's check shall be made payable to Kendall Robinson and mailed to 36 Cardigan Drive, St. Louis, MO 63135.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 15th day of February, 2017.